IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JAMIE R. BOOHER and
    ASHLER N. BOOHER,

                Debtor

_____

JAMIE R. BOOHER and
ASHLEY N. BOOHER,

                Movant

        v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, U.S. Bank NA,
ECMC, Windstream Communications,
IC Systems, Nationwide Recovery,
Peoples Natural Gas Co.,
Portfolio Recovery Assoc., West Penn Power,
Wells Farbo Bank, Midland Funding,
LVNV Funding LLC,

                Respondents

Case 22-20787-GLT

Chapter 13

Related doc: 59
Hrg: 3/12/25, 9AM
Responses: 2/7/2025

### CERTIFICATE OF NO OBJECTION TO MOTION TO APPROVE FINANCING

        I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Approve Post-Petition Financing, proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **February 7, 2025**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

Respectfully submitted,

    /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: 2/9/2025