## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   JAMIE R. BOOHER and
   ASHLER N. BOOHER,

       Debtor

_____

JAMIE R. BOOHER and
ASHLEY N. BOOHER,

      Movant

    v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, U.S. Bank NA,
ECMC, Windstream Communications,
IC Systems, Nationwide Recovery,
Peoples Natural Gas Co.,
Portfolio Recovery Assoc., West Penn Power,
Wells Farbo Bank, Midland Funding,
LVNV Funding LLC,

      Respondents

Case 22-20787-GLT

Chapter 13

Related doc: 59
 Hrg: 3/12/25, 9AM
Responses: 2/7/2025

## REPORT OF FINANCING

   AND NOW come Jamie and Ashley Booher, Chapter 13 Debtors, by and through their counsel, Christian M. Rieger, Esquire, and respectfully file the following Report of Financing to this Court:

   1.  Debtors have obtained an Order from this Court on 2/10/2025 approving post-petition financing for the purchase of a motor vehicle.

   3.  Debtors have completed the financing agreement with **MOONLIGHT CREDIT UNION, 101 DEER PARK ROAD, P.O. BOX 427, WORTHINGTON, PA 16262**, and forwarded the same to counsel.

   4.  The terms of the financing agreement (dated 2/13/2025) are as follows:

    a. Collateral: 2018 Mazda CX9, VIN-JM3TCBDY0J0213331.

    b. Term: 72 months, beginning March 13, 2025.

     c. Amount financed: $22,160.09 at 9.59%.

     d. Monthly payment: $405.87.

5.      The loan is expected to close no later than February 2031.

6.      Debtors shall file an Amended Chapter 13 Plan to include the new terms of financing for proper distribution through the Trustee as a long term continuing debt.


Respectfully submitted,



Dated: February 20, 2025          /s/ Christian M. Rieger
                                 Christian M. Rieger, Esquire
                                 PA: 307037
                                 2403 Sidney Street
                                 Suite 214
                                 Pittsburgh, PA 15203
                                 (412) 381-8809
                                 (412) 3814594 (fax)
                                 criegerlaw@gmail.com