FILED
3/28/25 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JAMIE R. BOOHER and
ASHLEY N. BOOHER

Case No: 22-20787-GLT

Debtor

Doc #_____

_____

JAMIE R. BOOHER,

Chapter 13

Movant

vs.

Motion: WO-1

**Asplundh Tree Expert, LLC**,
and Ronda J. Winnecour, Trustee,

Related to Docket No. 73

Respondents

## AMENDED ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

  The above-named Debtor, JAMIE R. BOOHER, having filed a Chapter 13 Petition and Debtor Trustee having moved to attach wages to fund the Chapter 13 Plan,

  IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Debtor receives income:

    ASPLUNDH TREE EXPERT LLC
    708 BLAIR MILL ROAD
    WILLOW GROVE, PA 19090
    ATTN: PAYROLL

(1) shall deduct from said income the sum of **$ 404.00  WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR
    CHAPTER 13 TRUSTEE, W.D. PA
    P.O. BOX 84051
    CHICAGO, IL 60689-4002

 (2) The Debtor is paid BI-WEEKLY, and the monthly Plan payment is $3,503.00
 (3) The above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated
   and the reason therefore.
 (4) The Debtor(s) shall serve this Order and a copy of the Notification of Debtor's Social Security

      Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number, on the Respondent.  Debtor shall file a Certificate of Service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5) All remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

(6)  NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANYCHILD OR DOMESTIC SUPPORT PAYMENTS.

**(7) This Order supersedes previous Orders made to the above-named entity in this case.**

(8) The Respondent shall not charge any fee to the Debtor, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

(9)  The Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

DATED this __28th Day of March_____, 2025.

_____, J.
The Hon. Gregory L. Taddonio
Chief Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20787-GLT |
| Jamie R Booher | Chapter 13 |
| Ashley N Booher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jamie R Booher, Ashley N Booher, 11367 State Route 85, Kittanning, PA 16201-8247 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. Bank  National Association amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank  National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christian M Rieger | on behalf of Joint Debtor Ashley N Booher criegerlaw@gmail.com |
| Christian M Rieger | on behalf of Debtor Jamie R Booher criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America National Association, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Mario J. Hanyon
on behalf of Creditor U.S. Bank National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor U.S. Bank National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor U.S. Bank National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac amps@manleydeas.com

Stephen Russell Franks
on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

TOTAL: 12