**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMIE R. BOOHER and<br>ASHLEY N. BOOHER,<br><br>　　　　　Debtor<br>_____<br>U.S. BANK, N.A.,<br><br><br>　　　　　Movant<br>　　v.<br><br>JAMIE R. BOOHER and<br>ASHLEY N. BOOHER and<br>Ronda J. Winnecour, Esq., Trustee,<br><br>　　　　　Respondents | Case #22-20787-GLT<br><br>Chapter 13<br><br><br><br>Related Claim: 5-1 |

### DECLARATION THAT PAYMENT IS SUFFICIENT

　　　　The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$1,275.55**, effective **July 1, 2025**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Christian M. Rieger
　　　　　　　　　　　　　　　　　　Christian M. Rieger, Esquire
　　　　　　　　　　　　　　　　　　PA: 307037
　　　　　　　　　　　　　　　　　　2403 Sidney Street
　　　　　　　　　　　　　　　　　　Suite 214
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15203
　　　　　　　　　　　　　　　　　　(412) 381-8809
　　　　　　　　　　　　　　　　　　(412) 381-4594 (fax)
　　　　　　　　　　　　　　　　　　criegerlaw@gmail.com

Date: June 11, 2025