**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |
|---|---|
| JAMIE R. BOOHER and ASHLEY N. BOOHER, | Case #22-20787-GLT |
| Debtor | Chapter 13 |
| U.S. BANK, N.A., | Related Claim: 5-1 |
| Movant v. |  |
| JAMIE R. BOOHER and ASHLEY N. BOOHER and Ronda J. Winnecour, Esq., Trustee, |  |
| Respondents |  |

**DECLARATION THAT PAYMENT IS SUFFICIENT**

The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **$1,285.81**, effective **July 1, 2026**.

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2681 Sidney Street
Pittsburgh, PA 15203
(412) 381-8809
criegerlaw@gmail.com

Date: June 16, 2026